DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ADRIAN WARREN LEON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1844

————————————————

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Adrian Warren Leon, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.